1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
2    Including Professional Corporations
   EDWARD D. VOGEL, Cal. Bar No. 110081
3  JOHN C. DINEEN, Cal. Bar No. 222095
   MARK G. RACKERS, Cal. Bar No. 254242
4  501 West Broadway, 19th Floor
   San Diego, California 92101-3598
5  Telephone:   619.338.6500
   Facsimile:   619.234.3815
6  E-mail:      evogel@sheppardmullin.com
                jdineen@sheppardmullin.com
7                mrackers@sheppardmullin.com

8  Attorneys for Defendant
   WELLS FARGO BANK, N.A.
9

10

11                 UNITED STATES DISTRICT COURT

12               NORTHERN DISTRICT OF CALIFORNIA

13

14  DONALD HUNTINGTON, an              Case No. 18-cv-03865-YGR
    individual,
15                                     **STIPULATION TO STAY**
                      Plaintiff,       **LITIGATION; [PROPOSED]**
16                                     **ORDER THEREON**
          v.
17                                     Judge: Hon. Yvonne Gonzalez Rogers
    WELLS FARGO BANK, N.A., a
18  National Association and DOES 1-100,
    INCLUSIVE,
19                                     Complaint Filed: May 23, 2018
                      Defendants.
20

21

22

23

24

25

26

27

28

The parties hereto, Plaintiff Donald Huntington ("Plaintiff") and Defendant Wells Fargo Bank, N.A. ("Defendant"), through their attorneys of record, hereby stipulate as follows:

WHEREAS, this Court previously granted Defendant's motion for extension of time to file its answer (ECF No. 9, 13), as well as the parties' Stipulation to Stay Litigation, which vacated the Case Management Conference and withdrew, without prejudice, Defendant's pending Motion to Dismiss (ECF No. 24, 25);

WHEREAS, the Court referred this case to ADR for Assessment Telephone Conference (*see* ECF No. 18, 19, 20);

WHEREAS, the parties thereafter engaged in two ADR Phone Conferences with the Director of ADR Services, Mr. Howard Herman, where they discussed various options to potentially resolve their disputes (*see* ECF No. 23);

WHEREAS, on September 18, 2018, Plaintiff and Defendant participated in a third telephonic ADR Phone Conference with Mr. Herman (*see* ECF No. 26), where they made substantial progress toward resolution and the parties now believe that further settlement discussions between counsel for the parties will likely lead to a resolution without the need for further litigation in this case;

WHEREAS, the Court has scheduled a further ADR Phone Conference for October 2, 2018 for the parties to report on their progress (ECF No. 27); and

WHEREAS, the parties believe that a short stay of this litigation pursuant to Local Rules 6-2 and 7-12, for a period of fourteen (14) days to October 4, 2018, will allow them to focus on settlement efforts and will serve the interests of

justice in potentially saving both the Court, and the parties, time and resources;

THEREFORE, Plaintiff and Defendant hereby request that the Court grant this stipulation and stay the instant litigation, including:

- <u>Compliance Hearing</u>: Taking off-calendar and/or continuing the Court's compliance hearing to October 12, 2018, which is currently scheduled for September 28, 2018, and all related deadlines.

IT IS SO STIPULATED.

RA & ASSOCIATES, APC


By _____*s/ Malalai Anbari*_____

Dated: September 21, 2018
MALALAI ANBARI
Attorneys for Plaintiff
DONALD HUNTINGTON

SHEPPARD MULLIN RICHTER & HAMPTON LLP


By _____*s/ Mark G. Rackers*_____

Dated: September 21, 2018
MARK G. RACKERS
Attorneys for Defendant
WELLS FARGO BANK, N.A.

## ATTESTATION

I, Mark G. Rackers, am the ECF user whose ID and password are being used to file this STIPULATION TO STAY LITIGATION and hereby attest that all of the signatories have concurred in the filing of this document.


By      *s/ Mark G. Rackers*
        MARK G. RACKERS


**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated:


_____
Hon. Yvonne Gonzalez Rogers

<u>PROOF OF SERVICE</u>

**Donald Huntington v. Wells Fargo Bank, N.A.**
**United States District Court, Northern District of California (Oakland)**
**Case No. 18-cv-03865-YGR**
**(Removed from Napa County Superior Court, Case No. 18CV000681)**

<u>STATE OF CALIFORNIA, COUNTY OF SAN DIEGO</u>

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of San Diego, State of California. My business address is 501 West Broadway, 19th Floor, San Diego, CA 92101-3598.

On September 21, 2018, I served true copies of the following document(s) described as

**STIPULATION TO STAY LITIGATION; [PROPOSED] ORDER THEREON**

on the interested parties in this action as follows:

<strong>SERVICE LIST</strong>

| | |
|---|---|
| Malalai F. Anbari, Bar No. 304482<br>Romel Ambarchyan. Bar No. 245216<br>Any Moskovian, Bar No. 313476<br>RA & Associates, APC<br>505 N. Brand Blvd., Suite 800<br>Glendale, CA 91203 | Attorneys for Plaintiff<br>DONALD HUNTINGTON<br>Telephone: 818.230.3220<br>Fax: 818.230.3211<br>Malalai.anbari@raandassociates.com;<br>romel@raandassociates.com;<br>anv.moskovian@raandassociates.com |

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 21, 2018, at San Diego, California.

*Pamela Parker*

_____
Pamela Parker