SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
EDWARD D. VOGEL, Cal. Bar No. 110081
JOHN C. DINEEN, Cal. Bar No. 222095
MARK G. RACKERS, Cal. Bar No. 254242
501 West Broadway, 19th Floor
San Diego, California 92101-3598
Telephone:  619.338.6500
Facsimile:   619.234.3815
E-mail:       evogel@sheppardmullin.com
              jdineen@sheppardmullin.com
              mrackers@sheppardmullin.com

Attorneys for Defendant
WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD HUNTINGTON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., a National Association and DOES 1-100, INCLUSIVE,<br><br>Defendants. | Case No. 18-cv-03865-YGR<br><br>**NOTICE OF SETTLEMENT**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Complaint Filed: May 23, 2018 |

**TO THE HONORABLE COURT AND ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that an agreement has been reached to settle this action in its entirety as to all parties, wherein Plaintiff Donald Huntington has agreed to dismiss his claims against Wells Fargo Bank, N.A. with prejudice. The parties are memorializing their agreement and expect that a joint motion for dismissal of the action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A) will be filed within the next thirty days.

Respectfully submitted.

Dated: October 17, 2018        RA & ASSOCIATES, APC

By _____*s/ Malalai Anbari*_____
MALALAI ANBARI
Attorneys for Plaintiff
DONALD HUNTINGTON

Dated: October 17, 2018        SHEPPARD MULLIN RICHTER & HAMPTON LLP

By _____*s/ Mark G. Rackers*_____
MARK G. RACKERS
Attorneys for Defendant
WELLS FARGO BANK, N.A.

## ATTESTATION

I, Mark G. Rackers, am the ECF user whose ID and password are being used to file this NOTICE OF SETTLEMENT and hereby attest that all of the signatories have concurred in the filing of this document.

By  *s/ Mark G. Rackers*
    MARK G. RACKERS