**RA & ASSOCIATES, APC**
ROMEL AMBARCHYAN, ESQ. (SBN 245216)
MALALAI ANBARI, ESQ.(SBN 304482)
505 N. Brand Blvd. Suite #800
Glendale, California 91203
Telephone: (818) 230-3220
Facsimile: (818) 230-3211

Attorneys for Plaintiff,
DONALD HUNTINGTON

IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers
11/27/2018

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD HUNTINGTON, an individual;<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A., a National Association and DOES 1-100, INCLUSIVE<br><br>Defendants. | **CASE NO.: 18-cv-03865-YGR**<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)** |

**TO THIS HONORABLE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OR RECORD HEREIN:**

**PLEASE TAKE NOTICE** that, Plaintiff, DONALD HUNTINGTON ("Plaintiff"), hereby voluntarily dismisses all claims in this entire action *without prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1).

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

**(a) Voluntary Dismissal.**

1

NOTICE OF DISMISSAL

*(1) By the Plaintiff.*

**(A)** *Without a Court Order.* Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

**(i)** a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment

Accordingly, this matter may be dismissed *without* prejudice and without an Order of the Court.

Dated: November 21, 2018        **RA & ASSOCIATES, APC**

By: /s/ *Malalai Anbari*_____
Malalai Anbari, ESQ.,
Attorneys for Plaintiff